**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LAURA CERRACCHIO,

              Respondent

        v.

DAVID J. ZUKOWSKI,

              Petitioner

: No. 446 MAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.